Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
973.325.1500
Attorneys for Vehicle Lenders Group

Frank Peretore, Esq.
FP #7020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Case No.: 16-24788-MBK |
|---|---|
| | Chapter 11 |
| | Newark Vicinage |
| MEDAK TRUCKING, LLC, | |
| | **NOTICE OF APPEARANCE / DEMAND** |
| Debtor. | **FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE, that the undersigned appear for Vehicle Lenders Group, a creditor and/or party in interest (hereinafter "Creditor") of the above-captioned debtor. Request is hereby made, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all papers, pleadings, Motions and applications served or required to be served in this case, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, Orders and notice of any application, Motion, petition, pleading, request, Complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect in any way rights or interests of the Creditor with respect to the Debtor or any related entity, or proceeds thereof in which the Debtor may claim an interest.

6173675.1

This appearance and request for notice is without prejudice to the Creditor's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit the Creditor to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case or a proceeding therein.

CHIESA SHAHINIAN & GIANTOMASI PC<br>
Attorneys for Vehicle Lenders Group<br><br>
By _____<br>
FRANK PERETORE

Dated: August 30, 2016

6173675.1