UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Medak Trucking, LLC

Case No.: 16-24788

Chapter: 11

Judge: MBK

*[Filed stamp: U.S. BANKRUPTCY COURT FILED TRENTON, NJ 2016 SEP 13 A 10:53 BY: JAMES J. WALDRON DEPUTY CLERK]*

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Trend Intermodal Chassis__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Ralph P. Ferrara, Esquire
Ferrara Law Group, P.C.
One State Street Square
50 W. State Street, Suite 1100
Trenton, NJ 08608

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: September 12, 2016

Signature

*new.8/1/15*