**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

James K. Haney, Esq.
WONG FLEMING, P.C.
821 Alexander Road, Suite 150
P.O. Box 3663
Princeton, New Jersey 08543-3663
Tel: (609) 951-9520
Fax: (609) 951-0270
Attorneys for Secured Creditor
BMO Harris Bank N.A.

In re:

Medak Trucking, LLC

            Debtor.

Case No.: 16-24788
Judge: Michael B. Kaplan

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned, on behalf of BMO Harris Bank N.A. ("BHB"), a secured creditor in the above-captioned Chapter 11 case, hereby files its notice of appearance and requests that all notices given, or required to be given in this case, and all papers to be served, or required to be served in this case, be given to and served upon the following:

James K. Haney
**WONG FLEMING, P.C.**
821 Alexander Road
Suite 200
Princeton, NJ 08540
jhaney@wongfleming.com
Tel: (609) 951-9520
Fax: (609) 951-0270

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007, the disclosure statement referred to in Bankruptcy Rule 3017, and also includes, without limitation, notices of any orders, applications, demands, complaints, hearings, motions, objections, petitions, pleadings or requests, plans, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, or otherwise.

This notice of Appearance, Request for all Notices, and Demand for Service of Papers, shall not be deemed or construed to be a waiver of the rights of BHB to: (i) have final orders in non-core matters entered only after *de novo* review; (ii) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) assert any other rights, claims, actions, set-offs, or recoupment to which BHB may be entitled, all of which are expressly reserved.

Respectfully submitted,

WONG FLEMING, P.C.
821 Alexander Road
Suite 150
Princeton, NJ 08543
(609) 951-9520

**Attorneys for**
**BMO Harris Bank N.A.**

Dated: September 15, 2016            By: /s/ James K. Haney
                                           James K. Haney