UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Guillermo J. Gonzalez (Attorney ID 0761022014)
*Counsel for Medak Trucking, LLC*
*Debtor-in Possession*

Order Filed on March 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No. 16-24788 |
| | Chapter 11 |
| **MEDAK TRUCKING, LLC,** | Hon. Judge Michael B. Kaplan |
| Debtor. | Hearing Date and Time: 03/20/2017 at 10 a.m. |

# ORDER AUTHORIZING THE DEBTOR TO ASSUME UNEXPIRED LEASES OF NONRESIDENTIAL <u>REAL PROPERTY PURSUANT TO 11 U.S.C. § 365</u>

The relief set forth on the following page, numbered two, is hereby ORDERED

**DATED: March 21, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Medak Trucking, LLC.
Case No.: 16-24788
Caption of Order: ORDER AUTHORIZING THE DEBTOR TO ASSUME UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C. § 365

Upon the motion of the above captioned Debtor-in-Possession ("Debtor"), for an Order authorizing the Debtor to assume unexpired leases of nonresidential real property pursuant to 11 U.S.C. §§ 365 (the "Motion"); and good and sufficient notice of the hearing on the Motion having been provided, as evidenced by the Certification of Service filed with the Court; and the Court having held a hearing on the date hereof, and having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and good cause appearing for the entry of this Order,

IT IS ORDERED as follows:

1. The Motion is GRANTED as set forth herein.

2. The Debtor is authorized to assume unexpired nonresidential leases located at 114 Northfield Ave., Edison, New Jersey and 97 Northfield Avenue, Edison, New Jersey pursuant to section 365 of the Bankruptcy Code.

3. The Debtor's proposed counsel shall serve a copy of this Order on all affected parties by regular mail within seven days hereof.