Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:
Medak Trucking, LLC
114 Northfield Ave
Edison, NJ 08837

May 04, 2017

In Reference To: Chapter 11
Case # 80116
Invoice # 41654

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/30/2016 | GJG | Communicate with client and appraiser concerning retention. | 0.30<br>375.00/hr | 112.50 |
| 12/1/2016 | GJG | Communicate with client concerning adequate protection payments. | 0.10<br>375.00/hr | NO CHARGE |
| | GJG | Phone call with creditor Mercedes Benz concerning lease agreements, lease to secured transaction, adequate protection payment, ect. Email counsel proposal. | 0.30<br>375.00/hr | 112.50 |
| 12/5/2016 | CM | Spoke to counsel for First Global re: status of personal bankruptcy. | 0.20<br>150.00/hr | 30.00 |
| | GJG | Communicate with client concerning assumption and rejection of leases. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Communicate with counsel of American Express concerning post-petition payment of credit card. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Communicate with paralegal concerning retention application. | 0.30<br>375.00/hr | NO CHARGE |
| | CM | Spoke to Guillermo re: retention of Alan Atkins. | 0.20<br>150.00/hr | 30.00 |
| 12/6/2016 | CM | Contacted Alan Atkins re: retention fee to work on chapter 11 case and filing of application to retain. | 0.20<br>150.00/hr | 30.00 |

Medak Trucking, LLC                                                                              Page     2

|            |     |                                                                                      | Hrs/Rate        | Amount      |
|------------|-----|--------------------------------------------------------------------------------------|-----------------|-------------|
| 12/6/2016  | GJG | Legal research concerning payment of professionals in Chapter 11 cases. Discuss with paralegal and provide instructions | 1.10<br>375.00/hr | 412.50 |
|            | AS  | Medak Trucking Application for Retention of Appraiser.                               | 0.70<br>150.00/hr  | 105.00   |
|            | CM  | Met with Guillermo to discuss motion for administrative expenses.                    | 0.30<br>150.00/hr  | 45.00    |
|            | CM  | Directed Alex to file adversary complaint against Comdata.                           | 0.10<br>150.00/hr  | NO CHARGE |
|            | AS  | Adversary Complaint for Preferential Payments                                        | 1.00<br>150.00/hr  | 150.00   |
|            | AS  | Reviewed Retention Application with Guillermo and filed accordingly                  | 0.60<br>150.00/hr  | 90.00    |
|            | AS  | Service of Retention App and filing of COS                                           | 0.80<br>150.00/hr  | 120.00   |
| 12/7/2016  | GJG | Communicate with client concerning adequate protection payment to BMO and assumption of Mercedes Benz leases. | 0.20<br>375.00/hr | 75.00 |
|            | AS  | Email received from Client. Input data into Adversary Complaint                      | 0.10<br>150.00/hr  | NO CHARGE |
| 12/8/2016  | AS  | Email received from Client regarding Preference Complaint amount due.  Review of documents. | 0.20<br>150.00/hr | 30.00 |
|            | AS  | Administrative: Review of Preferential Payment Complaint for Carlos with Comdata.    | 0.50<br>150.00/hr  | NO CHARGE |
|            | CM  | Met with Alex S. to review preference complaint to be filed.                         | 0.40<br>150.00/hr  | 60.00    |
|            | AS  | Amended Changes to Preference Complaint that Carlos informed were needed.            | 0.30<br>150.00/hr  | 45.00    |
| 12/9/2016  | AS  | Handed Preference Complaint for review, and met with him and David.                  | 0.20<br>150.00/hr  | NO CHARGE |
|            | GJG | Review and revise adversary complaint for preferences.                               | 1.00<br>375.00/hr  | 375.00   |
|            | AS  | Added USC 549 to Preference Complaint                                                | 0.50<br>150.00/hr  | 75.00    |
| 12/13/2016 | AS  | Filing of Preference Complaint and service upon Creditor.                            | 1.00<br>150.00/hr  | 150.00   |

Medak Trucking, LLC                                                                                       Page       3

|            |     |                                                                                      | Hrs/Rate        | Amount     |
|------------|-----|--------------------------------------------------------------------------------------|-----------------|------------|
| 12/13/2016 | AS  | Email to Client for November Monthly Operating Report                                 | 0.10 150.00/hr  | 15.00      |
|            | GJG | Communicate with opposing counsel concerning assumption and reject of leases.        | 0.10 375.00/hr  | 37.50      |
| 12/14/2016 | GJG | Communicate with client concerning assumption and rejection of leases.               | 0.10 375.00/hr  | 37.50      |
|            | DES | Communication within firm concerning violation of automatic stay by creditor         | 0.10 375.00/hr  | NO CHARGE  |
|            | GJG | review summons and complaint. Discuss with paralegal to send 362 letter.             | 0.30 375.00/hr  | 112.50     |
|            | AS  | 362 Letter in Regards to Summons against Medak                                       | 0.70 150.00/hr  | 105.00     |
|            | AS  | Saved Daimler Lease Agreement and Schedule to folder.                                | 0.10 150.00/hr  | NO CHARGE  |
|            | AS  | Service of 362 Letter to 1st Global Capital                                          | 0.10 150.00/hr  | 15.00      |
| 12/15/2016 | AS  | Review of Proof of Claim.  Saved to server.                                          | 0.10 150.00/hr  | 15.00      |
|            | AS  | Saved email with 1st Global Capital to Server.                                       | 0.10 150.00/hr  | 15.00      |
| 12/16/2016 | AS  | Review of Summons and Notice of Mediation Order. Need Mediator Information to Continue | 0.20 150.00/hr | 30.00      |
| 12/19/2016 | DCW | Communicate with client concerning adequate protection payments.                     | 0.20 315.00/hr  | NO CHARGE  |
|            | GJG | Communicate with client to discuss lease agreements.                                 | 0.20 375.00/hr  | 75.00      |
|            | GJG | Email with opposing counsel concerning lease agreement and curing of arrears.        | 0.30 375.00/hr  | 112.50     |
| 12/20/2016 | GJG | Draft Adequate Protection agreement with Platinum and email to opposing counsel for review. | 1.40 375.00/hr | 525.00     |
| 12/21/2016 | AS  | Drafted Pre Trial Conference Order and Mediation Order.  Filed S&C, and Orders as well as COS | 1.20 150.00/hr | 180.00 |
|            | CM  | Spoke to associate from Financial Pacific re: adequate protection payment for Dec. Contacted client about the same. | 0.10 150.00/hr | NO CHARGE |

Medak Trucking, LLC                                                                                              Page     4

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/22/2016 | CM | Reviewed order extending time to assume/reject leases. Diaried deadline and saved to server. | 0.10<br>150.00/hr | 15.00 |
|  | GJG | Communicate with client concerning adversary proceeding. | 0.20<br>375.00/hr | 75.00 |
|  | AS | Retention Application for Alan Atkins | 0.70<br>150.00/hr | 105.00 |
| 12/27/2016 | AS | Email to Alan Atkins for Statement regarding Fee Application | 0.10<br>150.00/hr | NO CHARGE |
| 12/28/2016 | CM | Amended Schedule G to correct address of office and truck yard. | 0.20<br>150.00/hr | 30.00 |
| 12/30/2016 | AS | Email to Client for Monthly Operating Reports | 0.10<br>150.00/hr | 15.00 |
| 1/3/2017 | GJG | Review adequate protection payment stipulation and consent order. Revise and send to client for approval. | 0.40<br>375.00/hr | 150.00 |
|  | AS | Finishing up Fee Application for Alan Atkins (Appraiser) in order to be paid. | 0.30<br>150.00/hr | 45.00 |
|  | AS | Email to Client for MORs | 0.10<br>150.00/hr | NO CHARGE |
|  | GJG | Communicate with principal concerning Chapter 11 Plan, adequate protection, and status of case. | 0.40<br>375.00/hr | 150.00 |
|  | AS | Amendments to Fee Application for Alan Atkins after Guillermo reviewed it. | 0.10<br>150.00/hr | 15.00 |
| 1/4/2017 | GJG | Email opposing counsel executed stipulation and consent order. | 0.20<br>375.00/hr | NO CHARGE |
| 1/5/2017 | GJG | Provide instructions to paralegal for submitting stipulation of settlement. | 0.20<br>375.00/hr | NO CHARGE |
|  | AS | Email to Alan Atkins to certify the statement of the Fee Application. | 0.10<br>150.00/hr | 15.00 |
|  | DES | Communication within firm concerning preference action and case strategy | 0.10<br>375.00/hr | 37.50 |
|  | CM | Spoke to accountant re: approved fees and billing procedures. | 0.10<br>150.00/hr | 15.00 |
| 1/6/2017 | CM | Reviewed order authorizing fee application and saved to server. | 0.10<br>150.00/hr | NO CHARGE |

Medak Trucking, LLC                                                                                                    Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2017 | CM | Drafted certificate of consent and filed with court. Finalized consent order and forwarded the same to the court for entry into the docket. | 0.90 150.00/hr | 135.00 |
|  | GJG | In firm meeting to discuss status of case. | 0.30 375.00/hr | NO CHARGE |
|  | CM | Contacted chambers re seeking authorization to schedule telephonic appearance for status conference. Scheduled telephonic appearance through courtcall. | 0.30 150.00/hr | 45.00 |
|  | GJG | Phone call with client to discuss Comdata adversary. Email principal settlement proposal. | 0.20 375.00/hr | 75.00 |
|  | DLS | Review preference analysis and conference with associate concerning same. | 0.40 425.00/hr | 170.00 |
|  | GJG | Communicate with Comdata's counsel concerning the adversary proceeding and potential settlement. | 0.20 375.00/hr | 75.00 |
|  | GJG | Review documents associated with Comdata adversary action. | 0.50 375.00/hr | 187.50 |
| 1/10/2017 | CM | Spoke to Alex S. re: retention of accountant | 0.10 150.00/hr | 15.00 |
|  | AS | Retention Application for Accountant - Patricia D. Rivera. | 0.60 150.00/hr | 90.00 |
|  | AS | Filing and service of Fee Application for Alan Atkins | 1.20 150.00/hr | 180.00 |
|  | GJG | Communicate with client concerning settlement of adversary proceeding. | 0.20 375.00/hr | 75.00 |
| 1/11/2017 | GJG | Provide instructions to paralegal concerning revisions to retain profession fee application. | 0.10 375.00/hr | NO CHARGE |
|  | AS | Filed Order Authorizing Retention of Alan Atkins as Support for Fee Application | 0.20 150.00/hr | 30.00 |
| 1/12/2017 | GJG | Phone call with client to discuss assumption or rejection of leases, in addition to status of case and future plan of reorganization. | 0.50 375.00/hr | 187.50 |
|  | AS | Filed Order of Stipulation between Medak and Comdata | 0.40 150.00/hr | 60.00 |
| 1/16/2017 | GJG | Phone call with client to discuss personal bankruptcy. | 0.10 375.00/hr | NO CHARGE |
|  | DES | Communication within firm concerning case strategy | 0.10 375.00/hr | NO CHARGE |

Medak Trucking, LLC                                                                                                  Page     6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/18/2017 | AS | Call with Client regarding MOR's | 0.10<br>150.00/hr | 15.00 |
| 1/19/2017 | AS | New Value Analysis for ComData, Inc. regarding possible Preference Payment | 1.50<br>150.00/hr | 225.00 |
| 1/23/2017 | GJG | Email to client concerning status of Mercedes leases. | 0.10<br>375.00/hr | NO CHARGE |
|  | GJG | Email to accountant requesting monthly operating reports. | 0.20<br>375.00/hr | 75.00 |
| 1/25/2017 | GJG | Communicate with Mercades concerning surrender of collateral. | 0.10<br>375.00/hr | 37.50 |
| 1/26/2017 | GJG | Email to debtor's principal concerning assumption or rejection of leases. | 0.10<br>375.00/hr | 37.50 |
|  | GJG | Email to Mercedes counsel concerning assumption or rejection of lease. | 0.20<br>375.00/hr | 75.00 |
| 1/30/2017 | AS | Email Correspondence to Client regarding Financials needed for past MORs. | 0.10<br>150.00/hr | NO CHARGE |
|  | GJG | Draft stipulation of dismissal, releases, and settlement agreement concerning adversary proceeding. | 1.50<br>375.00/hr | 562.50 |
| 1/31/2017 | GJG | Phone call with VEDC creditor concerning monthly operating reports. | 0.20<br>375.00/hr | 75.00 |
| 2/1/2017 | DES | Communication within firm concerning case strategy | 0.10<br>375.00/hr | NO CHARGE |
|  | AS | Meeting with Guillermo concerning MOR's that are past due. | 0.20<br>150.00/hr | 30.00 |
|  | GJG | Multiple emails to accountant and Debtor's principal concerning MORs. | 0.40<br>375.00/hr | 150.00 |
| 2/2/2017 | AS | Email correspondence to Patricia Rivera regarding Certification being filled out. | 0.10<br>150.00/hr | NO CHARGE |
|  | GJG | Phone call with Platinum counsel concerning settlement of claim. | 0.30<br>375.00/hr | 112.50 |
|  | GJG | Phone call with client concerning AP payment to Platinum. | 0.10<br>375.00/hr | 37.50 |
| 2/6/2017 | AS | Filing of Retention Application for CPA. Saved to server and served upon Creditors. | 1.20<br>150.00/hr | 180.00 |

Medak Trucking, LLC                                                                                           Page     7

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/6/2017 | GJG | | Draft revisions to settlement agreement and releases concerning adversary proceeding. | 0.40 375.00/hr | 150.00 |
| 2/7/2017 | AS | | Drafted Letter to Wells Fargo regarding hold on account. Email to Client for address in which to send after Guillermo reviews it. | 0.30 150.00/hr | 45.00 |
| | AS | | Emailed Letter to Guillermo for review and corrections regarding Wells Fargo account hold. Saved changes and sent via email and regular mail. | 0.40 150.00/hr | 60.00 |
| | GJG | | Phone call with client to discuss Mercedes settlement of leases. Discuss settlement with opposing counsel. Discuss counteroffer with Debtor's principal. | 0.50 375.00/hr | 187.50 |
| | GJG | | Discuss with principal continuous holds of DIP account with Wells Fargo. Have paralegal draft letter to Wells Fargo. | 0.20 375.00/hr | NO CHARGE |
| 2/10/2017 | GJG | | Draft final revisions to settlement agreement and send to opposing counsel (Comdata) for signature. | 0.50 375.00/hr | 187.50 |
| 2/13/2017 | GJG | | Communicate with client concerning payment of Platinum. | 0.20 375.00/hr | NO CHARGE |
| | GJG | | Communicate with paralegal concerning status of appraisal. | 0.20 375.00/hr | 75.00 |
| | AS | | Email Correspondence to Alan Atkins regarding Fee Application | 0.10 150.00/hr | 15.00 |
| 2/15/2017 | GJG | | Forward client email concerning missed AP payment. | 0.10 375.00/hr | NO CHARGE |
| 2/16/2017 | AS | | Filing of Stipulation of Settlement and Dismissal as well as executed agreement. | 0.20 150.00/hr | 30.00 |
| 2/17/2017 | GJG | | Phone call with client to discuss issues with DIP account. | 0.10 375.00/hr | NO CHARGE |
| 2/22/2017 | GJG | | Phone call with client concerning settlement of vehicle leases. | 0.10 375.00/hr | 37.50 |
| | GJG | | Email opposing counsel requesting status update of settlement proposal of vehicle leases. | 0.10 375.00/hr | 37.50 |
| | AS | | Conference with Guillermo regarding Motion to Assume Lease. | 0.20 150.00/hr | 30.00 |
| 2/23/2017 | AS | | Review of Case. Motion to Assume Lease on server. Changed minor things throughout the Motion. | 0.20 150.00/hr | 30.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---:|---:|
Medak Trucking, LLC | | | | Page 8

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 2/23/2017 | AS | Drafting of Motion to Assume Lease | 1.20 150.00/hr | 180.00 |
| 2/24/2017 | AS | Phone Call with Simmons Bank. Email to CLient | 0.30 150.00/hr | 45.00 |
| | AS | Filed Motion to Assume Lease for Unexpired Lease. | 0.60 150.00/hr | 90.00 |
| | AS | Service of Motion to Assume Lease upon all Creditors via Reg and Certified Mail | 1.60 150.00/hr | 240.00 |
| 2/27/2017 | GJG | Email client concerning settlement check of preference action. | 0.10 375.00/hr | NO CHARGE |
| | AS | Filing of Notice of Dismissal | 0.20 150.00/hr | 30.00 |
| | GJG | Phone call with principal to discuss case going forward and MORs. | 0.30 375.00/hr | 112.50 |
| | AS | Email Correspondence as well as Phone Call to Bankruptcy Auditor regarding MORS | 0.30 150.00/hr | 45.00 |
| 2/28/2017 | AS | Call with Client regarding missing documents for the MOR's | 0.20 150.00/hr | NO CHARGE |
| | AS | Discussion with Guillermo regarding requested additional documentation to MOR's | 0.20 150.00/hr | 30.00 |
| 3/1/2017 | AS | Scheduled Telephonic Call for Status Conference. | 0.40 150.00/hr | 60.00 |
| 3/2/2017 | AS | Email Correspondence with Patricia and Guillermo regarding MOR's. | 0.10 150.00/hr | NO CHARGE |
| 3/3/2017 | CM | Contacted chambers re: telephonic appearance to status conference. | 0.10 150.00/hr | 15.00 |
| | AS | Redaction of October through January MOR's. Filed and saved to server. | 0.70 150.00/hr | 105.00 |
| 3/6/2017 | GJG | Appearance and attendance at status conference. | 0.70 375.00/hr | 262.50 |
| 3/9/2017 | GJG | Phone call with client to discuss broken down truck and assumption of Mercades leases. | 0.20 375.00/hr | 75.00 |
| 3/13/2017 | GJG | Phone call with principal to discuss checking accounting and withdraws. | 0.20 375.00/hr | 75.00 |

Medak Trucking, LLC                                                                                           Page      9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2017 | AS | Drafted Letter to Client and served via regular mail regarding settlement check | 0.40 150.00/hr | 60.00 |
| 3/20/2017 | AS | Email to Client regarding February 2017 MOR | 0.10 150.00/hr | 15.00 |
| 3/21/2017 | GJG | Phone call with client to discuss maintenance of vehicles, and discuss chapter 11 plan. | 0.20 375.00/hr | 75.00 |
|  | AS | Received February 2017 MOR. Redacted Bank Statements. Informed Guillermo of so and email correspondence to Patricia, to see where we are on the additional documents needed. | 0.40 150.00/hr | 60.00 |
|  | AS | Email Correspondence to Accountant regarding additional documents | 0.10 150.00/hr | NO CHARGE |
| 3/27/2017 | DES | Communication within firm concerning plan strategy for valuations | 0.10 375.00/hr | 37.50 |
| 4/4/2017 | GJG | Discuss with client adequate protection for BMO. | 0.20 375.00/hr | 75.00 |
| 4/7/2017 | AS | EMail to Patricia D. Rivera (CPA) regarding Balance Sheet, Income Statement, Check Register and Bank Reconciliation | 0.10 150.00/hr | 15.00 |
|  | AS | Email to Client regarding March 2017 MOR, and request for Bank Statements and Checks | 0.10 150.00/hr | 15.00 |
|  | AS | Email of February MOR to Patricia D. Rivera . Redacted prior to sending. | 0.10 150.00/hr | 15.00 |
| 4/10/2017 | GJG | Begin drafting plan of reorganization. | 3.70 375.00/hr | 1,387.50 |
|  | DES | Communication within firm concerning treatment of tax claims | 0.10 375.00/hr | NO CHARGE |
|  | AS | Updated Proof of CLaims as per Guillermos request for Plan and Calculated Months left for Plan | 0.50 150.00/hr | 75.00 |
|  | GJG | Email to client concerning previous tax years not filed. | 0.10 375.00/hr | 37.50 |
| 4/11/2017 | GJG | Email counsel for VEDC requesting that the credit file a POC. | 0.10 375.00/hr | NO CHARGE |
|  | DLS | Conference with associate concerning 1111b election. | 0.20 425.00/hr | 85.00 |
|  | AS | Review of Appraisal. Updated Schedule A/B to reflect the vehicles that were appraised. Missing some. | 0.40 150.00/hr | 60.00 |

Medak Trucking, LLC                                                                                                       Page      10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/11/2017 | GJG | Phone call with client to discuss proof of claims, plan, and payment of BMO | 0.20<br>375.00/hr | 75.00 |
|  | GJG | Review proof of claim for purposes of drafting plan. | 0.20<br>375.00/hr | 75.00 |
|  | DES | Communication within firm concerning settlement strategy | 0.10<br>375.00/hr | 37.50 |
|  | GJG | Draft and revise Plan of reorganization, including reviewing various proof of claims, leases, executory contracts, proof of claims, ect. | 4.90<br>375.00/hr | 1,837.50 |
| 4/12/2017 | DLS | Conference with associate concerning lease rejection damages. | 0.10<br>425.00/hr | 42.50 |
|  | GJG | Continue to draft chapter 11 plan of reorganization and email to client first draft. | 1.60<br>375.00/hr | 600.00 |
| 4/13/2017 | GJG | Email to Fox Capital's counsel to discuss settlement of claim in full satisfaction in Chapter 11 Plan. | 0.20<br>375.00/hr | 75.00 |
| 4/17/2017 | GJG | Communicate with Mercades counsel concerning finalization of terms for stipulation to assume lease and cure arrears. | 0.20<br>375.00/hr | 75.00 |
| 4/18/2017 | CM | Diaried deadline to file first interim fee application. | 0.10<br>150.00/hr | NO CHARGE |
| 4/19/2017 | AS | Email Correspondence to Patricia Rivera regarding additional documents needed for MOR's | 0.10<br>150.00/hr | NO CHARGE |
| 4/21/2017 | AS | Received Phone Call from Client regarding March 2017 MOR. | 0.10<br>150.00/hr | 15.00 |
|  | GJG | Phone call with client to discuss Chapter 11 bankruptcy plan. | 0.30<br>375.00/hr | 112.50 |
| 4/24/2017 | GJG | Call with Fox Capital to discuss claim at settlement. | 0.20<br>375.00/hr | 75.00 |
|  | AS | Drafting of Exhibit C. 5 Year Cash Flow Projection | 0.60<br>150.00/hr | 90.00 |
| 4/25/2017 | AS | Review of Cash Flow Analysis with Guillermo.  Phone call made to Client to ensure values are all correct. | 0.30<br>150.00/hr | 45.00 |
|  | GJG | Review cash flow analysis | 0.30<br>375.00/hr | 112.50 |
| 4/27/2017 | GJG | Draft stipulation and consent order with MBFS and email to client for approval. | 0.80<br>375.00/hr | 300.00 |

Medak Trucking, LLC                                                                                                    Page     11

|            |     |                                                                                                                   | Hrs/Rate           | Amount      |
|------------|-----|-------------------------------------------------------------------------------------------------------------------|--------------------|-------------|
| 4/27/2017  | AS  | Additions and Subtractions from Cash Flow Analysis. Call to Client regarding Expenses and review of Cash Flow with Guillermo. | 1.00<br>150.00/hr  | 150.00      |
| 4/28/2017  | AS  | Phone Call with Client to ensure Cash Flow Analysis is correct. Went over Values and changed some.                | 0.30<br>150.00/hr  | 45.00       |
| 5/1/2017   | GJG | Email client concerning second notice of default from BMO and failure to pay.                                     | 0.20<br>375.00/hr  | 75.00       |
|            | GJG | Phone call with client concerning reaffirmation of debt.                                                          | 0.10<br>375.00/hr  | NO CHARGE   |
| 5/2/2017   | GJG | Call with client to discuss BMO payments                                                                          | 0.10<br>375.00/hr  | 37.50       |
|            | GJG | Email to BMO attorney concerning adequate protection payment. Client should be current.                           | 0.10<br>375.00/hr  | 37.50       |
|            | GJG | Draft email to Fox Capital concerning settlement of claim.                                                        | 0.10<br>375.00/hr  | 37.50       |
| 5/3/2017   | CM  | Adjusted time slip codes to match codes mandated by court                                                         | 0.30<br>150.00/hr  | 45.00       |
|            | CM  | Drafted fee application and proposed order                                                                        | 1.40<br>150.00/hr  | 210.00      |
|            | CM  | Prepared service packages and served notices of interim fee application on all creditors                          | 0.80<br>150.00/hr  | 120.00      |
|            |     | For professional services rendered                                                                                | 65.50              | $15,665.00  |

Additional Charges :

| 10/26/2016 | Postage    | 33.35  |
|------------|------------|--------|
|            | Postage    | 14.74  |
| 12/7/2016  | Postage    | 20.01  |
|            | Postage    | 9.38   |
| 12/14/2016 | Postage    | 0.46   |
| 12/21/2016 | Postage    | 1.99   |
| 12/22/2016 | Filing Fee | 350.00 |
| 1/10/2017  | Postage    | 6.90   |

Medak Trucking, LLC                                                                                                    Page     12

                                                                                                                             Amount

| Date | Description | Amount |
|---|---|---|
| 1/10/2017 | Postage | 12.92 |
| 1/16/2017 | Court Call, conference call | 37.00 |
| 2/6/2017 | Postage | 12.06 |
| 2/7/2017 | Postage | 0.46 |
| 3/6/2017 | Court Call, conference call | 30.00 |
| | Total costs | $529.27 |
| | Total amount of this bill | $16,194.27 |

WE ACCEPT VISA, MASTERCARD & AM EX. IF YOU WISH TO USE THIS SERVICE, PLEASE FILL OUT THE INFORMATION BELOW, SIGN AND RETURN TO OUR OFFICE. THANK YOU

NAME ON CARD_____ AMOUNT TO BE CHARGED_____

ACCOUNT#_____ BILLING ZIPCODE_____

3 (4 for AmEx) DIGIT CODE ON BACK_____ EXPIRATION DATE_____

SIGNATURE_____

**Please indicate on payment check the client name as it appears on our invoice.**

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| DCW - David C. Wigfield, Esq. | 0.20 | 0.00 |
| DLS - David L. Stevens, Esq. | 0.70 | 425.00 |
| GJG - Guillermo J Gonzalez, Esq. | 28.20 | 375.00 |
| GJG - Guillermo J Gonzalez, Esq. | 2.30 | 0.00 |
| DES. - David E Sklar, Esq | 0.30 | 375.00 |
| DES. - David E Sklar, Esq | 0.40 | 0.00 |
| AS - Alex Scolavino - Paralegal | 25.60 | 150.00 |
| AS - Alex Scolavino - Paralegal | 1.80 | 0.00 |
| CM - Carlos Martinez - Paralegal | 5.60 | 150.00 |
| CM - Carlos Martinez - Paralegal | 0.40 | 0.00 |