## Scura, Wigfield, Heyer, Stevens & Cammarota, LLP

1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:
Medak Trucking, LLC
114 Northfield Ave
Edison, NJ 08837

December 11, 2017

In Reference To: Chapter 11

Case # 80116

Invoice # 43045

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2017 | GJG | Phone call with trucking creditor concerning default of payments. | 0.20 375.00/hr | 75.00 |
| | GJG | Phone call with client concerning default of Truck Lending. | 0.20 375.00/hr | NO CHARGE |
| 5/5/2017 | CM | Reviewed certificate of service filed by Alex re: letter to Judge Gambardella's chambers pertaining to retention of new realtor. | 0.10 150.00/hr | 15.00 |
| | AS | Draft of COS for 2nd Fee Application. Saved COS to server. Served upon all Creditors, via email and certified /regular mail. | 1.00 150.00/hr | 150.00 |
| | AS | Email Correspondence received from Simmons Bank. No Adequate Protection Payments have been received lately. Email sent to Andrew regarding information received. | 0.10 150.00/hr | 15.00 |
| | GJG | Email client concerning lease payments to Mercedes. | 0.10 375.00/hr | NO CHARGE |
| 5/8/2017 | GJG | Phone call with client to discuss Chapter 11 Plan. | 0.20 375.00/hr | 75.00 |
| | GJG | Email Alan Atkins concerning payment of appraisal. | 0.10 375.00/hr | NO CHARGE |
| | GJG | Email to creditor Mercedes concerning revision of settlement terms. | 0.20 375.00/hr | 75.00 |
| | GJG | Email to Fox Capital concerning status of settlement amount. | 0.10 375.00/hr | 37.50 |

Medak Trucking, LLC

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/8/2017 | GJG | Phone call with counsel of Fox Capital concerning settlement of claim. | 0.20 375.00/hr | 75.00 |
| | GJG | Phone call with the Debtor concerning settlement with Fox Capital. | 0.10 375.00/hr | NO CHARGE |
| | DLS | Call with associate concerning voting in plan and cram down of plan. | 0.40 425.00/hr | 170.00 |
| | GJG | Draft revisions to Chapter 11 Plan. | 0.50 375.00/hr | 187.50 |
| | GJG | Contact Financial Pacific Leasing, Inc. concerning converting lease to security interest. | 0.30 375.00/hr | 112.50 |
| | GJG | In firm meeting with paralegal concerning cash flow analysis. Discuss revisions. | 0.30 375.00/hr | NO CHARGE |
| | AS | Review of Cash Flow Analysis with Guillermo. Updated Cash Flow Analysis with the amounts we calculated for the Creditors. | 0.90 150.00/hr | 135.00 |
| | AS | Email to Client and Patricia regarding MOR's.  Need missing document due to hearing on the 15th. | 0.10 150.00/hr | NO CHARGE |
| 5/10/2017 | GJG | Phone call with client concerning Motion to Lift the Automatic Stay. | 0.10 375.00/hr | 37.50 |
| | GJG | Call to Financial Pacific Leasing, Inc. concerning converting lease to a secured transaction. Discuss value of truck and email appraisal to creditor. | 0.30 375.00/hr | 112.50 |
| | AS | Received document from Guillermo regarding Correspondence between Creditors, and Appraiser.  Saved to server and input into case folder. | 0.20 150.00/hr | 30.00 |
| 5/11/2017 | GJG | Communicate with client and Financial Pacific Leasing concerning converting lease to a secured transaction and vote in favor of the plan. | 0.20 375.00/hr | 75.00 |
| | CM | Spoke to Alex S. re: updating schedules in preparation for filing of plan. | 0.20 150.00/hr | 30.00 |
| | DES | Communication within firm concerning claim filed and rights to administrative claim | 0.10 375.00/hr | 37.50 |
| | GJG | Email settlement offer to Platinum. | 0.20 375.00/hr | NO CHARGE |
| | GJG | Review and revise petition for amendments before filing bankruptcy plan. Discuss amendments with paralegal. | 0.50 375.00/hr | 187.50 |

Medak Trucking, LLC

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/11/2017 | AS | Updated Schedule A/B.  Client has over $100,000 in property which isnt reflected accurately.  Compared to Appraisal completed by Alan Atkins. | 0.30<br>150.00/hr | 45.00 |
| 5/12/2017 | GJG | Revise and amend bankruptcy petition. | 0.50<br>375.00/hr | 187.50 |
| | AS | Compared Owned Truck Values to Appraisal Values.  Adjusted accordingly, as they were too high.  Email to Client to ensure everything is correct with A/B, and Schedules DEF. | 0.40<br>150.00/hr | 60.00 |
| | GJG | Email accountant concerning MORs. | 0.10<br>375.00/hr | 37.50 |
| | GJG | Phone call with client to discuss amended schedules. | 0.10<br>375.00/hr | NO CHARGE |
| | AS | Received Call from Client regarding Schedules.  Phone Call to Chambers to have the Status Conference scheduled for a telephonic appearance. | 0.60<br>150.00/hr | 90.00 |
| | AS | Filed Amended Schedules | 0.50<br>150.00/hr | 75.00 |
| | AS | Completed Exhibits A & B for Plan. | 0.10<br>150.00/hr | NO CHARGE |
| | AS | Started Drafting Exhibit E Liquidation Analysis | 0.50<br>150.00/hr | 75.00 |
| | DLS | Meet with associate concerning settlement with secured creditor and plan formation. | 0.20<br>425.00/hr | NO CHARGE |
| | CM | Communicated with Office of the trustee re: expired certificates of insurance. | 0.20<br>150.00/hr | 30.00 |
| 5/15/2017 | GJG | Discuss MORS with paralegal Alex | 0.20<br>375.00/hr | 75.00 |
| | AS | Review of Balance Sheet, Check Register and Profit and Loss.  Email Correspondence to CPA for March, and filed February 2017. | 0.40<br>150.00/hr | 60.00 |
| | GJG | Appearance and attendance at Status Conference. | 0.80<br>375.00/hr | 300.00 |
| | GJG | Email to accountant, principal, and paralegal concerning update following status conference. | 0.20<br>375.00/hr | NO CHARGE |
| | AS | Completion of Exhibits for Plan.  Email to Guillermo to review them and inform me if any changes need to be made. | 1.10<br>150.00/hr | 165.00 |

Medak Trucking, LLC

| Date | Init | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 5/15/2017 | GJG | Phone call with client to discuss documents requested by the Trustee. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Email Trustee certificate of insurance. | 0.10<br>375.00/hr | NO CHARGE |
| | AS | Drafted Letter of Compliance.  Drafted Certificate of Service with new creditors. | 0.80<br>150.00/hr | 120.00 |
| 5/16/2017 | GJG | Reply to email from the Trustee concerning revised schedules. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Email to principal concerning workers compensation insurance. | 0.10<br>375.00/hr | 37.50 |
| | GJG | Email to Mercedes counsel concerning status of consent order. | 0.10<br>375.00/hr | NO CHARGE |
| | GJG | Review schedules with paralegal. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Forward certification of insurance to trustee. | 0.10<br>375.00/hr | NO CHARGE |
| | AS | Filing of COS for Letter of Compliance with new additional creditors. Service as well | 0.30<br>150.00/hr | 45.00 |
| | CM | Spoke to Alex re: letter of compliance to be filed and served to creditors added to the creditor matrix. | 0.10<br>150.00/hr | 15.00 |
| | DES | Communication within firm concerning case strategy and legal analysis for settlement negotiations | 0.20<br>375.00/hr | 75.00 |
| | GJG | Phone call with Platinum's counsel concerning payment through Chapter 11 plan and revise plan accordingly. | 0.40<br>375.00/hr | 150.00 |
| | GJG | Phone call with Platinum client concerning settlement of claim. | 0.20<br>375.00/hr | 75.00 |
| 5/18/2017 | GJG | Revise bankruptcy plan of reorganization. | 0.50<br>375.00/hr | 187.50 |
| 5/22/2017 | GJG | Call client concerning settlement. | 0.20<br>375.00/hr | NO CHARGE |
| | GJG | Revise plan in accordance with settlement. | 0.30<br>375.00/hr | 112.50 |
| | AS | Began Calculations for Unsecured Creditors Amount | 0.40<br>150.00/hr | 60.00 |

Medak Trucking, LLC

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/22/2017 | GJG | In firm meeting with paralegal to discuss liquidation analysis. | 0.20<br>375.00/hr | 75.00 |
| 5/24/2017 | AS | Review of Chapter 11 Plan with Guillermo.  Need to Amend Cash Flow, Liquidation Analysis, and Chapter 11 Plan monthly payments | 0.20<br>150.00/hr | 30.00 |
| | GJG | Make final negociations with creditor; make final corrections to chapter 11 plan; discuss plan and exhibits with paralegal; provide to partner for review. | 1.50<br>375.00/hr | 562.50 |
| | AS | Review of Plan.  Corrections to Cash Flow, Reducing Amounts and adding in years as per Plan | 1.40<br>150.00/hr | 210.00 |
| | AS | Amended Changes to the Certification for Consent regarding Mercedez Bens Financial.  Saved to the server.  Drafted Certification of Consent and filed with the Court.  Emailed Consent Order to chambers. | 0.60<br>150.00/hr | 90.00 |
| | DLS | Review and revise plan.  Conference with associate concerning same. | 1.00<br>425.00/hr | 425.00 |
| 5/25/2017 | GJG | Make additional revisions to Plan and provide to client for review and signature. | 0.70<br>375.00/hr | 262.50 |
| | AS | Corrected Table of Contents for the Final Plan and added Exhibit C.  Issued an email to Debtor regarding Review of FInal Plan and signature. | 0.30<br>150.00/hr | 45.00 |
| 5/26/2017 | GJG | Meeting with client to discuss Chapter 11 Plan of reorganization and signature. Provide instructions to paralegal for filing. | 1.00<br>375.00/hr | 375.00 |
| | AS | Completed PDF file for Exhibits.  Reviewed Table of Contents prior to filing. Filing of Chapter 11 Plan and Exhibits | 0.90<br>150.00/hr | 135.00 |
| 5/30/2017 | AS | Drafted Proposed Order Conditionally Approving Disclosure Statement.  Email to Chambers for entry into the docket. | 0.70<br>150.00/hr | 105.00 |
| 5/31/2017 | CM | Communicated with Alex S. re: ballots and service of plan. Diared date of confirmation. | 0.10<br>150.00/hr | NO CHARGE |
| | GJG | Phone call with Tri-State creditor to discuss plan. | 0.30<br>375.00/hr | NO CHARGE |
| 6/1/2017 | AS | Drafted Ballots for Secured and Unsecured.  Saved to server for service with Plan. Service of Plan and Filed COS | 2.50<br>150.00/hr | 375.00 |
| 6/2/2017 | GJG | Review opposition to plan of reorganization and discuss with client. | 0.40<br>375.00/hr | 150.00 |
| | GJG | Begin conducting legal research for valuations. | 0.30<br>375.00/hr | 112.50 |

Medak Trucking, LLC                                                                    Page     6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2017 | AS | Phone call with Client and Guillermo regarding VEDC Objection to Plan. | 0.20 150.00/hr | NO CHARGE |
| 6/5/2017 | GJG | Review letter in opposition to Plan by Vehicle Lenders Group. | 0.20 375.00/hr | 75.00 |
|  | GJG | Phone call to discuss Mercedes payments. | 0.20 375.00/hr | 75.00 |
| 6/6/2017 | GJG | Phone call with Trac Intermodel and Debtor to discuss missed lease payments. | 0.20 375.00/hr | NO CHARGE |
| 6/7/2017 | GJG | Phone call with equipment lease company and the Debtor concerning post-petition payment. | 0.20 375.00/hr | 75.00 |
|  | AS | Drafted Application to adjourn confirmation hearing.  Email to Trustee for consent. | 0.30 150.00/hr | 45.00 |
|  | AS | Issued Plan and Exhibits to Financial pacific Leasing Counsel | 0.20 150.00/hr | 30.00 |
|  | GJG | Resolve multiple issue with creditor Tranc. Creditor put a hold on the debtor's account with stopped all business operation. Multiple phone calls and emails to resolve the issue. | 1.00 375.00/hr | 375.00 |
|  | GJG | Phone call with creditor Vehicle Lender's Group to discuss potential objection to claim. | 0.30 375.00/hr | 112.50 |
|  | GJG | Phone call with creditor Tri-State to discuss potential objection to confirmation. | 0.30 375.00/hr | NO CHARGE |
|  | DES | Communication within firm concerning client plan and cramdown procedure | 0.10 375.00/hr | 37.50 |
|  | GJG | Phone call with Platinum counsel concerning objection to confirmation from Tri State | 0.40 375.00/hr | 150.00 |
| 6/8/2017 | GJG | Communicate with Trenc creditor concerning installment payments of post-petition arrears. | 0.20 375.00/hr | 75.00 |
|  | GJG | Legal research concerning valuations of collateral | 0.20 375.00/hr | NO CHARGE |
| 6/9/2017 | DLS | Review objection to valuation by Vehicle Lenders, review law and conference with associate concerning resolution. | 0.50 425.00/hr | 212.50 |
|  | CB | Discussion with GG regarding values of trucks and dispute with creditor.  Reviewed NADA pricing guidelines | 0.50 375.00/hr | 187.50 |
|  | GJG | Speak with creditor's counsel concerning objection to confirmation and adjournment. | 0.30 375.00/hr | 112.50 |

Medak Trucking, LLC                                                                                              Page     7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2017 | AS | Research Regardng objection of appraisal values.  Obtained online values for each truck and communicated with Guillermo. | 2.10 150.00/hr | 315.00 |
|  | AS | Phone call with Guillermo regarding evaluation of the trucks. | 0.30 150.00/hr | NO CHARGE |
|  | GJG | Substantial legal research concerning valuation of vehicles, draft short memo, and discuss with client. | 2.80 375.00/hr | 1,050.00 |
| 6/12/2017 | CM | Spoke to Guillermo re: adjournment request of confirmation. Finalized adjournment request and contacted chambers requesting adjournment of confirmation hearing. Forwarded formal request to chambers via email. | 0.40 150.00/hr | 60.00 |
|  | GJG | Call with creditor to discuss adjournment of confirmation | 0.20 375.00/hr | NO CHARGE |
| 6/13/2017 | GJG | Phone call with Vehicle Lender's Group counsel concerning default of adequate protection payments. Discuss with client after. | 0.30 375.00/hr | 112.50 |
| 6/14/2017 | AS | Drafted Letter to Creditors of Adjournment of Confirmation Hearing. Filed via ECF.  Drafted COS, filed via ECF and served all Creditors. | 0.90 150.00/hr | 135.00 |
| 6/15/2017 | GJG | Discuss MORS will client Alex and Status Conference on Monday. | 0.30 375.00/hr | 112.50 |
|  | AS | Email to CPA regarding missing MOR's | 0.10 150.00/hr | NO CHARGE |
|  | DES | Communication within firm concerning upcoming status conference and case strategy | 0.50 375.00/hr | 187.50 |
|  | AS | Attempted Phone Call to chambers. No answer.  Email to chambers requesting telephonic appearance for Status Conference. | 0.20 150.00/hr | 30.00 |
|  | GJG | Phone call with client and appraiser concerning valuation of trucks. | 0.30 375.00/hr | 112.50 |
|  | AS | Review of March 2017 MOR. Phone call with Andrew regarding numbers not matching. EMail to CPA. | 0.70 150.00/hr | 105.00 |
| 6/16/2017 | AS | Call to COurt Call to set up Telephonic Conference. Set up for David Sklar | 0.40 150.00/hr | 60.00 |
|  | AS | Phone Call with Andrew regarding March MOR and Values reflecting CPA MOR | 0.10 150.00/hr | NO CHARGE |
|  | GJG | Call with client to discuss MORs | 0.30 375.00/hr | 112.50 |
|  | AS | Communication with Patricia Rivera. | 0.20 150.00/hr | 30.00 |

Medak Trucking, LLC

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2017 | DES | Communication within firm concerning upcoming status conference | 0.10<br>375.00/hr | NO CHARGE |
| | AS | Redacted March and April 2017 MOR.  Filed VIA ECF | 0.30<br>150.00/hr | 45.00 |
| 6/19/2017 | DES | Appearance at telephonic status conference ; communication within firm concerning same | 0.40<br>375.00/hr | 150.00 |
| | AS | Review of Status Conference with Guillermo.  Email to CLient of outstanding fees due, and MOR problems. | 0.30<br>150.00/hr | 45.00 |
| | GJG | Appearance and attendance at status conference. Discuss with paralegal and client thereafter. | 0.60<br>375.00/hr | 225.00 |
| | AS | Review of 2017 May MOR. Saved to server. Redacted bank statements for March, April and May Statements.  Filed March and April as support and MAY Mor | 0.80<br>150.00/hr | 120.00 |
| 6/20/2017 | DLS | Discuss new value execption with associate and instruct concerning order extending time to confirm. | 0.20<br>425.00/hr | 85.00 |
| | GJG | Multiple emails with appraiser and client concerning valuation of trucks. | 0.30<br>375.00/hr | 112.50 |
| | DLS | Meet with associate concerning treatment of purported claim for sale of recievables and motion to approve compromise. | 0.40<br>425.00/hr | 170.00 |
| | GJG | In firm meet with D. Stevens to discuss the Chapter 11 plan. | 0.30<br>375.00/hr | NO CHARGE |
| | GJG | Phone call with Platinum to discuss case and treatment in plan. | 0.30<br>375.00/hr | 112.50 |
| | GJG | Legal research concerning factoring agreement | 2.50<br>375.00/hr | 937.50 |
| | AS | Amended COS and filed via ECF for Fox Capital returned Mail regarding Ch. 11 Plan.  Re served Fox Capital with COrrect Address and saved Voted Ballots onto server. | 0.60<br>150.00/hr | 90.00 |
| 6/21/2017 | AS | Researched Each VIn and packages, engines. and axle capacitys in regards to opposing Vehicle Lenders Group. | 0.90<br>150.00/hr | 135.00 |
| | CM | Spoke to Alex S. re: confirmation hearing and new date of confirmation. | 0.10<br>150.00/hr | NO CHARGE |
| 6/26/2017 | DES | Communication within firm concerning time periods to file and confirm plan | 0.20<br>375.00/hr | 75.00 |
| | AS | Issued Returned Letter regarding Hearing Date to Vehicle Lenders Group Counsel. | 0.20<br>150.00/hr | 30.00 |

Medak Trucking, LLC                                                           Page    9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2017 | GJG | Phone call with Platinum and SBA loan counsel to discuss settlement of case. | 0.50 375.00/hr | 187.50 |
| | DES | Communication within firm concerning settlement strategy for confirmation of plan | 0.40 375.00/hr | 150.00 |
| | AS | Communication with Guillermo regarding outcome of Hearing/Settlement | 0.20 150.00/hr | NO CHARGE |
| | GJG | Meeting with D. Stevens and D. Sklar to discuss settlement of platinum and SBA loan. | 0.40 375.00/hr | 150.00 |
| | DLS | Conference with associate conceerning absolute priority and settlement with objecting creditors. | 0.30 425.00/hr | 127.50 |
| 6/29/2017 | GJG | Multiple emails with the Trustee to discuss issues related DIP account. | 0.20 375.00/hr | NO CHARGE |
| | AS | Communication with Trustee regarding DIP Account, and Andrew regarding such  Need copies of open DIP account | 0.30 150.00/hr | 45.00 |
| | GJG | Phone call with client to discuss DIP account issue. | 0.40 375.00/hr | 150.00 |
| | AS | Review of Wells Fargo Bank Statemnets | 0.30 150.00/hr | 45.00 |
| 6/30/2017 | GJG | Call with client to discuss issues related to DIP account. | 0.20 375.00/hr | 75.00 |
| | GJG | Email counsel settlement offer. | 0.20 375.00/hr | 75.00 |
| | DES | Communication within firm concerning case strategy and settlement negotiations | 0.30 375.00/hr | 112.50 |
| | GJG | Email to trustee concerning issues related to DIP account | 0.20 375.00/hr | 75.00 |
| 7/7/2017 | GJG | Call with client to discuss Trustee concerns of DIP accountant. | 0.20 375.00/hr | NO CHARGE |
| 7/10/2017 | AS | Communicaion with Guillermo Gonzalez regarding Bank Accouns and Status of Case. | 0.40 150.00/hr | 60.00 |
| | GJG | Draft motion, and accompanying documents to extend deadline to confirm Chapter 11 Plan, pursuant to 1129(e). | 1.20 375.00/hr | 450.00 |
| 7/11/2017 | AS | Meeting with U.S. Trustee and email to CLient and CPA of discussions. | 0.70 150.00/hr | 105.00 |

Medak Trucking, LLC                                                                                     Page    10

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2017 | AS | Communication with Client concerning MORs and closure of Bank Accounts | 0.40<br>150.00/hr | 60.00 |
| | GJG | Phone call with the Trustee to discuss issues related to the MORs | 0.40<br>375.00/hr | NO CHARGE |
| | GJG | Phone call with client to discus conversation with Trustee and issues related to the MORs. | 0.40<br>375.00/hr | 150.00 |
| | GJG | Make final revisions to 1129(e) motion. | 0.40<br>375.00/hr | 150.00 |
| | GJG | Draft email to creditor's concerning issue with vehicle. | 0.20<br>375.00/hr | NO CHARGE |
| 7/12/2017 | GJG | Phone call with client to discuss status of the case. | 0.10<br>375.00/hr | NO CHARGE |
| | GJG | Draft order extending time to confirm the bankruptcy case. | 0.40<br>375.00/hr | 150.00 |
| | AS | Revision to Motion to Exend TIme to Confirm Plan and Drafted Order on Shortened TIme as well as Application | 1.60<br>150.00/hr | 240.00 |
| | AS | Filing of Motion to Extend Time to Confirm Plan and App to Shorten Time | 0.50<br>150.00/hr | 75.00 |
| 7/13/2017 | AS | Service of Motion to Extend Confirmation of Plan as well as App and Order SHortening Time. Filed COS . | 1.50<br>150.00/hr | 225.00 |
| | GJG | Call with creditor to discuss adequate protection payment. | 0.10<br>375.00/hr | 37.50 |
| 7/14/2017 | AS | Review of Appraisals and Trucks to Ensure the values are correct. | 0.80<br>150.00/hr | 120.00 |
| | DLS | Review settlement position with secured creditor and conference with client. | 0.20<br>425.00/hr | 85.00 |
| | GJG | Phone call with client to discuss repair to vehicles. | 0.20<br>375.00/hr | NO CHARGE |
| | GJG | Extensive legal research concerning valuation of vehicles. | 3.30<br>375.00/hr | 1,237.50 |
| | GJG | Draft letter in response creditor's valuation. | 2.50<br>375.00/hr | 937.50 |
| 7/17/2017 | AS | Research regarding Mileage Adjustment for Letter Opposing to Informal Objection | 0.70<br>150.00/hr | 105.00 |

Medak Trucking, LLC

Page     11

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2017 | GJG | Meeting with paralegal concerning NADA appraisal and revise letter to counsel. Email to expert for review. | 0.70<br>375.00/hr | 262.50 |
| | AS | Completed packet for Guillermo regarding Response Letter to Vehicle Lenders Group including all scanned pdfs | 0.10<br>150.00/hr | 15.00 |
| | AS | Response to Vehicle Lenders and email with supporting documents to counsel | 0.40<br>150.00/hr | 60.00 |
| 7/18/2017 | AS | Phone Call with Client pertaining to Proposed Payment Plan with Mercedez, and email to Client regarding Simmons Bank Adequate Protection Payments | 0.10<br>150.00/hr | 15.00 |
| | GJG | Communicate with client concerning DIP account. | 0.20<br>375.00/hr | NO CHARGE |
| | GJG | Phone call with Simmons Bank concerning payment of Trucks. | 0.20<br>375.00/hr | 75.00 |
| 7/19/2017 | GJG | Communicate with Vehicle Lenders Group concerning settlement of claim. | 0.30<br>375.00/hr | NO CHARGE |
| 7/20/2017 | AS | Communication with Guillermo regarding Vehicle Lenders Group | 0.10<br>150.00/hr | 15.00 |
| | GJG | Call with client to discuss Mercades leases and Vehicle Lenders Group settlement | 0.20<br>375.00/hr | 75.00 |
| | GJG | Communicate with Trenc Mobile concerning creditor settlement agreement. | 0.20<br>375.00/hr | NO CHARGE |
| | CB | Discussion with GG regarding value of vehicles and lender wanting admin. claim for additional depreciation | 0.30<br>375.00/hr | 112.50 |
| | GJG | Multiple communications with Tri State lenders concerning settlement of claim. | 0.30<br>375.00/hr | 112.50 |
| 7/21/2017 | GJG | Call with client to discuss DIP account | 0.20<br>375.00/hr | 75.00 |
| | AS | Updated Cash Flow Analysis as er Guillermos request of deleting Mercedez due to Return of Vehicles. | 0.10<br>150.00/hr | 15.00 |
| 7/24/2017 | GJG | Phone call with counsel concerning Vehicle Lenders Group valuation. | 0.30<br>375.00/hr | NO CHARGE |
| 7/26/2017 | GJG | Email to client concerning Motion for Relief. | 1.00<br>375.00/hr | 375.00 |
| 7/27/2017 | AS | Drafted Letter for Opposition to Vehicle Lenders Group | 0.30<br>150.00/hr | 45.00 |

Medak Trucking, LLC

Page    12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2017 | DLS | Review and revise opposition to stay relief motion. | 0.30<br>425.00/hr | 127.50 |
| | AS | Filing of Letter to Jduge Kaplan opposing MFR of Vehicle Lenders Group | 0.20<br>150.00/hr | 30.00 |
| 7/31/2017 | AS | Meeting with Guillermo, Andrew and Mindy Fox of Vehicle Lenders Group concerning Motion and hearing date. | 0.40<br>150.00/hr | 60.00 |
| | GJG | Phone call with counsel for vehicle lenders group to discuss settlement of claim. | 0.30<br>375.00/hr | 112.50 |
| | GJG | Phone call with client to discuss status conference, settlement of claims, and documents requested. | 0.30<br>375.00/hr | 112.50 |
| | GJG | Email to client providing a checklist | 0.20<br>375.00/hr | NO CHARGE |
| | AS | Review of MOR's.  Duplicates regarding Reconciliation Detail, and missing Bank Statements for June 2017 | 0.80<br>150.00/hr | 120.00 |
| | GJG | Work with Alex on NADA appraisal | 0.40<br>375.00/hr | 150.00 |
| | AS | Nada value appraisal of vehicle for Vehicle Lenders Group MFR | 0.70<br>150.00/hr | 105.00 |
| 8/1/2017 | GJG | Multiple communications with client concerning revised MORs, adequate protection payments, valuations, closing bank account, ect. | 0.60<br>375.00/hr | 225.00 |
| 8/2/2017 | GJG | Phone call with chambers to discuss adjournment of Medak Trucking confirmation. | 0.10<br>375.00/hr | NO CHARGE |
| | GJG | In firm meeting with paralegal to discuss issues related to confirmation tomorrow. | 0.10<br>375.00/hr | 37.50 |
| | GJG | Seek adjournment request from the court. | 0.20<br>375.00/hr | NO CHARGE |
| | AS | Phone Call to Debtor.  Need to call back.  Email to Guillermo regarding IRS Tax Claim. | 0.10<br>150.00/hr | 15.00 |
| | AS | Communication with CLient and CPA regarding MOR;s.  Redacted New MOR's and updated MOR's via ECF. | 2.30<br>150.00/hr | 345.00 |
| | GJG | Communicate with Trustee's office concerning documents requested. | 0.20<br>375.00/hr | 75.00 |
| 8/3/2017 | GJG | Phone call with VLG to discuss settlement. Thereafter discuss with client. | 0.30<br>375.00/hr | 112.50 |

Medak Trucking, LLC

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2017 | GJG | Draft extensive email offering settlement counteroffer. | 0.30<br>375.00/hr | 112.50 |
| 8/8/2017 | CM | Reviewed debtor's docket and server file re: check status of last fee application and schedule filing of new fee application if within 120 day period. | 0.10<br>150.00/hr | NO CHARGE |
| 8/10/2017 | GJG | Call with client to discuss missed adequate protection payments. | 0.20<br>375.00/hr | 75.00 |
| | DES | Communication within firm concerning case status | 0.10<br>375.00/hr | NO CHARGE |
| 8/11/2017 | GJG | Phone call with client concerning settlement of secured creditors. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Email to VLG concerning settlement of secured claim. Discuss with counsel by phone after. | 0.30<br>375.00/hr | 112.50 |
| | GJG | Call and email to Platinum's counsel concerning settlement of claims and adequate protection payment. | 0.20<br>375.00/hr | 75.00 |
| 8/15/2017 | AS | Email Correpondence to Client regarding MOR for July | 0.10<br>150.00/hr | NO CHARGE |
| 8/16/2017 | GJG | Phone call with informal objecting creditor concerning settlement of allowed claim. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Email with client concerning closing of bank of america account. | 0.10<br>375.00/hr | 37.50 |
| 8/17/2017 | GJG | Draft VLG Stipulation and Consent Order | 1.00<br>375.00/hr | 375.00 |
| 8/18/2017 | GJG | Draft and revise stipulation and consent order with VLG. | 0.90<br>375.00/hr | 337.50 |
| | CM | Made note on tasks to complete on chapter 11 case. Spoke to Alex S. about the same. | 0.10<br>150.00/hr | NO CHARGE |
| 8/23/2017 | AS | Phone Call and email to Client regarding Proof of Vehicle Insurance | 0.10<br>150.00/hr | 15.00 |
| | AS | Email to Trustee regarding proof of BOA Account closure. Email to Client for July MOR | 0.10<br>150.00/hr | 15.00 |
| | GJG | Email VLG counsel concerning consent order. | 0.10<br>375.00/hr | NO CHARGE |
| | AS | Email to Mark Chapman of Certificate of Insurance for 2007 Freightliner. | 0.10<br>150.00/hr | 15.00 |

Medak Trucking, LLC

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2017 | GJG | Email client concerning payment to platinum. | 0.20<br>375.00/hr | 75.00 |
| 8/25/2017 | GJG | Communicate with client concerning adequate protection payments. | 0.20<br>375.00/hr | 75.00 |
| 8/29/2017 | AS | Email to Client re. need proof of payments for Creditor | 0.10<br>150.00/hr | 15.00 |
| 8/30/2017 | AS | Email to Anthony F. Giuliano regarding payment.  Email to Andrew to overnight another payment. | 0.10<br>150.00/hr | 15.00 |
| 9/7/2017 | AS | Phone Call received from Client pertaining to Payment needing to be made to Vehicle Lenders Group | 0.10<br>150.00/hr | 15.00 |
| | AS | Obtained POC for First Lien Holder for Guillermo.  Settlement discussions underway. | 0.10<br>150.00/hr | 15.00 |
| 9/8/2017 | AS | Call to Client for MOR and payments to Vehicle Lenders Group | 0.20<br>150.00/hr | 30.00 |
| 9/11/2017 | AS | Communication with Tri-State regarding Ballot for Plan.  Emailed and sent ballot via regular mail.  Communication with Guillermo regarding ballots. | 0.30<br>150.00/hr | 45.00 |
| | GJG | Call with client to discuss VLG payments and plan confirmation | 0.20<br>375.00/hr | NO CHARGE |
| 9/12/2017 | DES | Communication within firm concerning case status | 0.10<br>375.00/hr | 37.50 |
| | GJG | Call with counsel of VLG concerning issue related to AP payment | 0.20<br>375.00/hr | 75.00 |
| 9/13/2017 | AS | Drafted Adjournment Request after obtaining consent from all Creditors for Confirmation hearing.  Emailed to Court for entry | 0.60<br>150.00/hr | 90.00 |
| | AS | Communication with Chambers of Judge Kaplan.  Drafted Amended Order to Extend Time to Confirm Plan. Emailed to chambers for execution. | 0.60<br>150.00/hr | 90.00 |
| | AS | Communication with Chambers regarding Confirmation hearing. Chambers stated there is no hearing when we have proof otherwise. | 0.10<br>150.00/hr | 15.00 |
| | GJG | Draft second motion pursuant to 1129(e) concerning extension of confirmation of case. | 0.40<br>375.00/hr | 150.00 |
| 9/14/2017 | GJG | Email to client concerning payment of AP payment. | 0.10<br>375.00/hr | 37.50 |
| 9/15/2017 | DES | Communication within firm concerning case status and case strategy | 0.20<br>375.00/hr | 75.00 |

Medak Trucking, LLC                                                                    Page    15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/15/2017 | GJG | Legal research concerning objection to plan and confirmation. | 1.20<br>375.00/hr | 450.00 |
| 9/18/2017 | AS | Call to Medak. No answer. Left message. Call to Mark Chapman and Client is missing payment and Insurance. | 0.10<br>150.00/hr | NO CHARGE |
| 9/19/2017 | GJG | Extensive email to counsel of secured creditor to discuss settlement. Email includes extensive case law. | 0.40<br>375.00/hr | 150.00 |
|  | GJG | Call with client to discuss payment plan for AP payment arears and payment plan. | 0.20<br>375.00/hr | 75.00 |
|  | DES | Communication within firm concerning client case and case strategy | 0.10<br>375.00/hr | 37.50 |
| 9/20/2017 | GJG | Call with client to discuss missed AP payment, then email to VLG counsel concerning potential agreement. | 0.20<br>375.00/hr | NO CHARGE |
| 9/26/2017 | GJG | Revise stipulation and consent order with VLG. Email to counsel. | 0.50<br>375.00/hr | 187.50 |
| 9/27/2017 | GJG | Call with client to discuss missed APP payments | 0.20<br>375.00/hr | 75.00 |
|  | AS | Received Call from Mark Chapman regarding payments missing. Emailed Client to see why they were missing. | 0.10<br>150.00/hr | 15.00 |
| 9/28/2017 | AS | Meeting with Guillermo regarding Unsecured Creditors. | 0.10<br>150.00/hr | 15.00 |
|  | GJG | Call with Platinum to discuss objection of first lien holder. | 0.30<br>375.00/hr | 112.50 |
|  | GJG | Email with Trenc concerning chassis and post-petition monies owed. | 0.20<br>375.00/hr | 75.00 |
|  | GJG | Review ballots | 0.20<br>375.00/hr | NO CHARGE |
|  | AS | Located Ballots.  Scanned All Ballots in. Drafted and sent Unsecured Ballot to Creditor Platinum Financial/ | 0.50<br>150.00/hr | 75.00 |
|  | GJG | Review settlement stipulation with VLG and revise | 0.30<br>375.00/hr | 112.50 |
| 9/29/2017 | GJG | Email VLG settlement agreement to client to review prior to sending to the Court. | 0.10<br>375.00/hr | 37.50 |
|  | GJG | Call with client to settle VLG, and discuss settlement agreement | 0.20<br>375.00/hr | 75.00 |

Medak Trucking, LLC

Page    16

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/2017 | AS | Drafted Certification of Consent for Consent Order. Filed via ECF and emailed Chambers Proposed Order. | 0.40<br>150.00/hr | 60.00 |
| 10/2/2017 | GJG | Email client concerning VLG payment | 0.10<br>375.00/hr | NO CHARGE |
| 10/5/2017 | GJG | Begin drafting response to objection to plan. | 0.50<br>375.00/hr | 187.50 |
| 10/6/2017 | GJG | Communicate with Platinum concerning response objection to confirmation. | 0.20<br>375.00/hr | 75.00 |
| | DES | Communication within firm concerning case status and strategy | 0.10<br>375.00/hr | NO CHARGE |
| | GJG | Communicate with BMO creditor concerning AP payment. | 0.10<br>375.00/hr | 37.50 |
| | AS | Communication with Simmons Bank regarding Past Due Payments. About to get attorneys involved. | 0.30<br>150.00/hr | 45.00 |
| | GJG | Legal research and draft response to objection to confirmation. | 2.40<br>375.00/hr | 900.00 |
| 10/9/2017 | AS | Email  and Phone Call to Mark Chapman for Simmons Bank regarding Prof of Payment | 0.20<br>150.00/hr | 30.00 |
| 10/10/2017 | GJG | Communicate with Mercedes concerning administrative expense | 0.20<br>375.00/hr | NO CHARGE |
| | GJG | Call with Chapter 11 Trustee concerning Plan of Reorganization. | 0.20<br>375.00/hr | 75.00 |
| | AS | Email to Patricia and Andrew regarding outstanding July and August MOR | 0.10<br>150.00/hr | 15.00 |
| 10/11/2017 | GJG | Communicate with Trend counsel concerning administrative expense. | 0.20<br>375.00/hr | NO CHARGE |
| | GJG | Phone call with client to discuss Chapter 11 case and issues with confirmation. | 0.40<br>375.00/hr | 150.00 |
| | AS | Obtained Numbers from Opposition to Plan y Trend.  Values on Exhibit E were from previous version of Plan | 0.20<br>150.00/hr | 30.00 |
| | GJG | Continue to draft response to objection to confirmation, including legal research | 4.20<br>375.00/hr | 1,575.00 |
| | GJG | Multiple calls and emails with counsel for Trac and Trend creditors. Send an extensive settlement email to resolve issue. | 1.00<br>375.00/hr | 375.00 |

Medak Trucking, LLC

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/12/2017 | AS | Review of Case and email to Marios of the Stipulation and Consent Order. | 0.20<br>150.00/hr | 30.00 |
| | AS | Obtained Most Recent version of Stip Order via the docket, and sent to Marios | 0.20<br>150.00/hr | NO CHARGE |
| | AS | Phone Call and Email to Client regarding Case and Missing August MOr. | 0.10<br>150.00/hr | 15.00 |
| | AS | Filed Response to Tri State Business Objection to Plan | 0.20<br>150.00/hr | 30.00 |
| 10/13/2017 | GJG | Phone call with Medak to discuss MORs and payments to creditors. | 0.20<br>375.00/hr | NO CHARGE |
| | GJG | Review and revise consent order and stipulation. Call counsel to discuss, | 1.40<br>375.00/hr | 525.00 |
| | DLS | Meet with associate in preparation of confirmation hearing. | 0.60<br>425.00/hr | 255.00 |
| | DES | Communication within firm concerning upcoming hearing | 0.10<br>375.00/hr | NO CHARGE |
| | GJG | Plan and prepare for confirmation. | 2.50<br>375.00/hr | 937.50 |
| 10/15/2017 | CM | Filed certification of balloting and debtor's certification in support of confirmation. | 0.40<br>150.00/hr | 60.00 |
| | GJG | Draft Certificate of Balloting, Draft Declaration in Support of Confirmation, Plan and Prepare arguments for Confirmation, and Phone call with Debtor's principal to discuss confirmation | 3.20<br>375.00/hr | 1,200.00 |
| 10/16/2017 | AS | Drafted Certification of Consent for Trac Intermodal.  Filed and emailed chambers the Consent Order for entry into docket. | 0.30<br>150.00/hr | NO CHARGE |
| | GJG | Appearance and attendance at confirmation. Argue in favor of confirmation. | 2.30<br>375.00/hr | 862.50 |
| | GJG | Travel to confirmation hearing | 2.20<br>150.00/hr | 330.00 |
| | GJG | Email to Financial Pacific concerning payments owed and confirmation of plan. | 0.10<br>375.00/hr | 37.50 |
| 10/17/2017 | GJG | Provide deadlines to staff to diary. | 0.10<br>375.00/hr | NO CHARGE |
| | GJG | Call with client to discuss case and confirmation. | 0.20<br>375.00/hr | 75.00 |

Medak Trucking, LLC                                                                                    Page    18

|            |     |                                                                                        | Hrs/Rate           | Amount    |
|------------|-----|----------------------------------------------------------------------------------------|--------------------|-----------|
| 10/17/2017 | GJG | Draft 1129(e) motion to extend deadline.                                                | 0.30<br>375.00/hr  | 112.50    |
|            | AS  | Submitted Proposed Order extending time to confirm deadline for small business plan to chambers. | 0.30<br>150.00/hr  | 45.00     |
|            | GJG | Draft settlement email to Tri-State counsel concerning Chapter 11 Plan.                 | 0.20<br>375.00/hr  | 75.00     |
| 10/19/2017 | GJG | Phone call with client to discuss payment to creditors.                                 | 0.20<br>375.00/hr  | NO CHARGE |
| 10/23/2017 | GJG | Phone call with client to discuss BMO and payment.                                      | 0.30<br>375.00/hr  | 112.50    |
|            | GJG | Call with client return of Trac equipment.                                              | 0.20<br>375.00/hr  | NO CHARGE |
|            | GJG | Continue drafting revisions Chapter 11 Plan.                                            | 3.60<br>375.00/hr  | 1,350.00  |
| 10/24/2017 | GJG | Draft and revise Chapter 11 Plan.                                                       | 0.70<br>375.00/hr  | 262.50    |
| 10/25/2017 | GJG | Draft First Modified Plan and Disclosure Statement.                                     | 2.10<br>375.00/hr  | 787.50    |
|            | AS  | Exhibit for First Modified Plan.  Need to assure with Andrew regarding Chassis adn truck. Email sent to Client | 1.90<br>150.00/hr  | 285.00    |
| 10/26/2017 | DES | Communication within firm concerning case status and strategy                          | 0.30<br>375.00/hr  | NO CHARGE |
|            | GJG | Meeting to discuss plan, disclosure statement, and exhibits                             | 0.20<br>375.00/hr  | 75.00     |
|            | GJG | Phone call with Platinum counsel to discuss settlement.                                 | 0.30<br>375.00/hr  | 112.50    |
| 10/27/2017 | AS  | Completion of Exhibits for First Modified Plan                                          | 0.40<br>150.00/hr  | 60.00     |
|            | GJG | Respond to Tri-State email concerning settlement.                                       | 0.10<br>375.00/hr  | NO CHARGE |
|            | GJG | Meeting with Alex to review exhibits and revise                                         | 1.20<br>375.00/hr  | 450.00    |
|            | AS  | Review and Completion of all exhibits with Guillermo Gonzalez. Emailed Benjamin Teich all Exhibits. | 1.20<br>150.00/hr  | 180.00    |

Medak Trucking, LLC

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/27/2017 | GJG | Draft extensive email to chambers concerning revisions to briefing schedule. | 0.30 375.00/hr | 112.50 |
| 10/30/2017 | AS | Emailed Plan to Anthony Giuliano for revisions for Creditor | 0.10 150.00/hr | NO CHARGE |
| | GJG | Communicate with Platinum counsel concerning Chapter 11 Plan | 0.20 375.00/hr | 75.00 |
| | GJG | Call with principal to discuss payments to creditor. | 0.30 375.00/hr | 112.50 |
| | AS | Completd Revision for Modified Plan.  Communication with Chambers regarding deadlines for Plan.  Drafted All Secured and Unsecured Ballots. | 2.60 150.00/hr | 390.00 |
| | AS | Drafted Certificate of Service for all Creditors. | 0.50 150.00/hr | 75.00 |
| | GJG | Review and revise plan before filing. | 1.40 375.00/hr | 525.00 |
| | AS | Service of Chapter 11 Modified Plan | 3.00 150.00/hr | 450.00 |
| 11/1/2017 | AS | Draftd Letter for Unsecured Impaired Creditors to ensure they understand the Liquidaton Value. | 0.50 150.00/hr | 75.00 |
| 11/2/2017 | GJG | Review additional letters being sent to creditors for purposes of voting. | 0.20 375.00/hr | NO CHARGE |
| | AS | Served Letter that pertains to Ballots. | 0.70 150.00/hr | 105.00 |
| 11/3/2017 | GJG | Call with client to discuss adequate protection payments, and other related matters. | 0.50 375.00/hr | 187.50 |
| | GJG | Call with counsel from Trac/Trend counsel concerning breach of settlement agreement | 0.20 375.00/hr | 75.00 |
| 11/6/2017 | AS | Email to Andrew regarding Past Due Payments for Creditors.  Need to become current in order for plan to be feasible. | 0.20 150.00/hr | 30.00 |
| | AS | Communication with Guillermo regarding Medka and with Andrew regarding Chassis missing from Trac. | 0.30 150.00/hr | 45.00 |
| 11/8/2017 | GJG | Phone call with NJ Turnpike Authority concerning balloting. | 0.20 375.00/hr | 75.00 |
| | GJG | In firm with meeting Alex concerning votes for plan of reorganization | 0.20 375.00/hr | NO CHARGE |

Medak Trucking, LLC

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2017 | GJG | Phone call with client to discuss status of voting for plan. | 0.50 375.00/hr | 187.50 |
| | AS | Communication with Client regarding amount owed to Simmons Bank and BMO.  Email to NJ Turnpike Authority for vote in favor of Plan and email to Mr. Kelppinger for AMex | 0.40 150.00/hr | 60.00 |
| | GJG | Communicate with creditors to discuss voting for the plan of reorganization. | 0.30 375.00/hr | NO CHARGE |
| | AS | Email to Mark Chapman for Proof of Payment and Ballots for CHapter 11 Plan | 0.20 150.00/hr | 30.00 |
| 11/9/2017 | CM | Calculated time based on timeslips for invoice period and drafted fee application. | 2.10 150.00/hr | 315.00 |
| | CM | Drafted notice for final fee application and certificate of service. Prepared service packages. Forwarded to admin to mail to all creditors. | 1.30 150.00/hr | 195.00 |
| | AS | Received Ballot from NJ Turnpike Authority. Saved to server. | 0.10 150.00/hr | 15.00 |
| | GJG | Email to VLG concerning AP payments. | 0.40 375.00/hr | 150.00 |
| 11/13/2017 | GJG | Call with client to discuss plan confirmation. | 0.20 375.00/hr | NO CHARGE |
| | GJG | Call with client to discuss AP payment. | 0.20 375.00/hr | 75.00 |
| 11/14/2017 | GJG | Call numerous creditors to obtain votes in favor of the plan. | 0.20 375.00/hr | 75.00 |
| | AS | Communication with Guillermo and Andrew regarding Status of Ballots and VLG's authority to vote. | 0.30 150.00/hr | 45.00 |
| | GJG | Communicate with client concerning voting for the Plan of Reorganization. | 0.60 375.00/hr | 225.00 |
| | AS | Communication with Simmons Bank. Never received check and will review Plan to vote. Email to Andrew regarding check. | 0.20 150.00/hr | 30.00 |
| | GJG | Review Plan of Reorganization. | 0.40 375.00/hr | 150.00 |
| | DES | Communication within firm concerning case status and plan strategy | 0.10 375.00/hr | NO CHARGE |
| | GJG | Communicate with client to discuss surrender of Trend Chassis | 0.60 375.00/hr | 225.00 |

Medak Trucking, LLC

Page    21

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/14/2017 | GJG | Communicate with counsel of Trend to discuss resolution of chassis. | 0.40<br>375.00/hr | 150.00 |
|  | AS | Email to Anthony Giuliano for vote of Chapter 11 Plan | 0.10<br>150.00/hr | 15.00 |
| 11/15/2017 | GJG | Email to client with counteroffer proposal. | 0.20<br>375.00/hr | 75.00 |
|  | GJG | Call with client to discuss status of the case. | 0.30<br>375.00/hr | 112.50 |
|  | AS | Received Mailing back fro Fox Capital regarding Plan adn Ballots. Obtained new address and re served. | 0.10<br>150.00/hr | 15.00 |
|  | GJG | Communicate with opposing counsel concerning settlement agreement. | 0.20<br>375.00/hr | 75.00 |
| 11/16/2017 | GJG | Email with American Express to discuss plan vote. | 0.20<br>375.00/hr | 75.00 |
|  | GJG | Call with client to discuss AP payments. | 0.30<br>375.00/hr | 112.50 |
|  | GJG | Phone call with counsel concerning settlement of chassis. | 0.20<br>375.00/hr | 75.00 |
|  | GJG | call with client to discuss settlement of chassis | 0.20<br>375.00/hr | 75.00 |
| 11/17/2017 | GJG | Call various creditors including trend, trac, financial pacific, bmo, and american express concerning voting for the Plan. | 0.50<br>375.00/hr | 187.50 |
|  | GJG | Phone call with Tri-State's counsel to discuss settlement. | 0.30<br>375.00/hr | 112.50 |
|  | GJG | Phone call with Platinum's counsel to discuss settlement. | 0.20<br>375.00/hr | 75.00 |
|  | AS | Email to BMO of proof of payment | 0.10<br>150.00/hr | 15.00 |
|  | GJG | Call with client to discuss issues related to Trend | 0.20<br>375.00/hr | 75.00 |
| 11/20/2017 | GJG | Call with landlord concerning payment of rent. | 0.20<br>375.00/hr | 75.00 |
|  | GJG | Call with client to discuss case. | 0.50<br>375.00/hr | 187.50 |

Medak Trucking, LLC

Page    22

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2017 | GJG | Communicate with Trend counsel concerning return of chassis. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Email to VLG for status report | 0.10<br>375.00/hr | 37.50 |
| | GJG | Email concerning payment update to Simmons Bank. | 0.10<br>375.00/hr | 37.50 |
| | AS | Email to mark Chapman for Ballot and Proof of payment. | 0.10<br>150.00/hr | 15.00 |
| 11/21/2017 | GJG | Email to counsel fro VLG concerning settlement of administrative claim. | 0.30<br>375.00/hr | 112.50 |
| | GJG | Call with client to discuss APP payments and votes for Plan. | 0.20<br>375.00/hr | 75.00 |
| 11/22/2017 | GJG | Communicate with client concerning settlement with Trend. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Communicate with Trend counsel concerning settlement of claims. | 0.10<br>375.00/hr | 37.50 |
| 11/27/2017 | GJG | Call with client to discuss settlements and revised budget. | 0.30<br>375.00/hr | 112.50 |
| 11/28/2017 | GJG | Communicate with Tri-State counsel concerning settlement of objection to confirmation | 0.10<br>375.00/hr | 37.50 |
| | GJG | Communicate with Platinum counsel concerning settlement of claims. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Email to Simmons bank concerning APP payment, and voting in favor of the Plan. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Call with client to discuss APP payments. | 0.20<br>375.00/hr | 75.00 |
| | AS | Obtained American Express Ballot. Saved to server and scanned. | 0.10<br>150.00/hr | 15.00 |
| 11/29/2017 | GJG | Call with Mark Chapman to discuss voting in favor of the Plan. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Call client to discuss additional AP payments and voting in favor of the Plan. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Call with Trend's counsel concerning settlement of claim. | 0.30<br>375.00/hr | 112.50 |

Medak Trucking, LLC

Page    23

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/29/2017 | GJG | Call with Tr-State counsel to discuss settlement. | 0.20<br>375.00/hr | 75.00 |
| 11/30/2017 | GJG | Email to Vehicle Lenders Group concerning ballot voting. | 0.10<br>375.00/hr | 37.50 |
| | GJG | Call with client to discuss payment to Trend. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Email to Trend counsel concerning settlement of case. | 0.20<br>375.00/hr | 75.00 |
| 12/1/2017 | GJG | Call with client to discuss settlement with Trend. | 0.20<br>375.00/hr | 75.00 |
| | GJG | Communicate with Trend and Trac counsel concerning votes for Plan. | 0.20<br>375.00/hr | 75.00 |
| 12/4/2017 | GJG | Email with client and Trend counsel concerning repossession. | 0.20<br>375.00/hr | 75.00 |
| | AS | Saved Ballots to the server. | 0.20<br>150.00/hr | 30.00 |
| | GJG | Call with Tri-State counsel concerning settlement of the matter. | 0.20<br>375.00/hr | 75.00 |
| | AS | Handed Guillermo the November 2017 Fee Application for Final review prior to filing. | 0.10<br>150.00/hr | 15.00 |
| 12/5/2017 | AS | Corrected Time Slip Entries for 3rd Fee Application | 0.50<br>150.00/hr | 75.00 |
| 12/7/2017 | AS | Email to Andrew and Patricia for September, October and November MOR's | 0.10<br>150.00/hr | 15.00 |
| | GJG | Call with Platinum counsel to discuss case. | 0.30<br>375.00/hr | 112.50 |
| 12/8/2017 | GJG | Call with Tri-State Counsel concerning settlement of claim. | 0.20<br>375.00/hr | 75.00 |
| | | For professional services rendered | 167.30 | $44,572.50 |

Additional Charges :

| | | | |
|---|---|---|---|
| 5/4/2017 | Postage 2/24 | | 21.44 |
| | Postage 2/24 | | 40.62 |

Medak Trucking, LLC

Page   24

| | | Amount |
|---|---|---:|
| 5/4/2017 | Postage 3/13 | 6.56 |
| 5/5/2017 | Postage | 7.82 |
| 5/16/2017 | Postage | 5.36 |
| 5/19/2017 | Court Call, conference call | 30.00 |
| 6/1/2017 | Postage | 186.20 |
| 6/7/2017 | Postage | 8.35 |
| 6/8/2017 | Filing Fee | 31.00 |
| 6/14/2017 | Postage | 13.44 |
| 6/20/2017 | Postage | 6.65 |
| 6/26/2017 | Court Call, conference call | 30.00 |
| | Postage | 0.46 |
| | Postage | 0.46 |
| 7/13/2017 | Postage | 28.16 |
| | Postage | 41.88 |
| 9/11/2017 | Postage | 0.46 |
| | Total costs | $458.86 |
| | Total amount of this bill | $45,031.36 |

WE ACCEPT VISA, MASTERCARD & AM EX. IF YOU WISH TO USE THIS SERVICE, PLEASE FILL OUT THE
INFORMATION BELOW, SIGN AND RETURN TO OUR OFFICE. THANK YOU

NAME ON CARD_____ AMOUNT TO BE CHARGED_____

ACCOUNT#_____ BILLING ZIPCODE_____

3 (4 for AmEx) DIGIT CODE ON BACK_____EXPIRATION DATE_____

SIGNATURE_____

**Please indicate on payment check the client name as it appears on our invoice.**

Medak Trucking, LLC

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| DLS - David L. Stevens, Esq. | 3.90 | 425.00 |
| DLS - David L. Stevens, Esq. | 0.20 | 0.00 |
| CB - Christopher Balala, Esq. | 0.80 | 375.00 |
| GJG - Guillermo J Gonzalez, Esq. | 86.60 | 375.00 |
| GJG - Guillermo J Gonzalez, Esq. | 2.20 | 150.00 |
| GJG - Guillermo J Gonzalez, Esq. | 9.00 | 0.00 |
| DES. - David E Sklar, Esq | 2.60 | 375.00 |
| DES. - David E Sklar, Esq | 0.80 | 0.00 |
| AS - Alex Scolavino - Paralegal | 54.10 | 150.00 |
| AS - Alex Scolavino - Paralegal | 1.90 | 0.00 |
| CM - Carlos Martinez - Paralegal | 4.80 | 150.00 |
| CM - Carlos Martinez - Paralegal | 0.40 | 0.00 |