UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470
(973) 696-8391
Guillermo J. Gonzalez (Attorney ID 0761022014)
Counsel for Debtor-in-Possession Medak Trucking, LLC.



**Order Filed on April 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**MEDAK TRUCKING, LLC**,

Debtor.

Chapter 11

Case No.: 16-24788 (MBK)

Hon. Judge: Michael B. Kaplan

# ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 7

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: April 2, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Medak Trucking, LLC
Case No.: 16-24788 (MBK)
Caption of Order: **ORDER GRANTING DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 7**

THIS MATTER having been brought to the Court on the application of the Debtor to convert the above captioned Chapter 11 Bankruptcy Proceeding to one under Chapter 7 (the "Motion"), and notice of the motion having been given to all parties-of-interest, and the Court having considered the papers submitted, opposition, if any, arguments of counsel, and good cause appearing;

**ORDERED**, that the Debtor's Chapter 11 case is **CONVERTED** to a Chapter 7 case.